# Third District Court of Appeal
## State of Florida

Opinion filed July 14, 2021.
Not final until disposition of timely filed motion for rehearing.

_____

No. 3D20-0982
Lower Tribunal No. 13-38427

_____

**Robert Masel,**
Appellant,

vs.

**Steve Milgrom,**
Appellee.


An appeal from the Circuit Court for Miami-Dade County, Jose M. Rodriguez, Judge.

Pomeranz & Associates, P.A. and Mark L. Pomeranz (Hallandale), for appellant.

Bast Amron LLP, and Lissette M. Carreras, and Jeffrey P. Bast, for appellee.


Before LOGUE, LINDSEY, and MILLER, JJ.

PER CURIAM.

Affirmed.